NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHELLE Y. ANDERSON,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2023-1658

---

Petition for review of the Merit Systems Protection Board in No. SF-0353-16-0528-I-2.

---

Before DYK, CUNNINGHAM, and STARK, *Circuit Judges.*

PER CURIAM.

### ORDER

Having considered any response to this court's show cause order, we transfer the case to the United States District Court for the Central District of California.

Michelle Y. Anderson brings a "[c]ase[] of discrimination subject to the provisions of [5 U.S.C. §] 7702," 5 U.S.C. § 7703(b)(2), seeking review of the Merit Systems Protection Board's decision involving a claim of covered discrimination. We lack jurisdiction over such a case, which must instead be brought in federal district court. *Perry v. Merit*

ANDERSON v. MSPB

*Sys. Prot. Bd.*, 582 U.S. 420, 432 (2017).  Under the circumstances, we conclude pursuant to 28 U.S.C. § 1631 that transfer is appropriate to the Central District of California, where the employment action occurred.

Accordingly,

IT IS ORDERED THAT:

The petition for review and all of the filings are transmitted to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1631.

FOR THE COURT

October 6, 2023                              /s/ Jarrett B. Perlow
    Date                                      Jarrett B. Perlow
                                              Clerk of Court